CAUSE NO. 03-15-00319-CV

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TRIAL COURT CAUSE NO. C-1-CV-14-007906

| | |
|---|---|
| DAVID RAETZSCH, pro se | X   COURT OF APPEALS |
|      Appellant, | X   THIRD DISTRICT OF TEXAS |
| VS. | X   TRAVIS COUNTY, TEXAS |
| BARBARA LOVINGS HORTON, pro se | X   CAPITOL OF TEXAS |
|      Appellee. | X |
| | X   "STATE OF TEXAS" |

## PRO SE BRIEF ON APPEAL, STATE OF TEXAS

TO JUDGES, EN BANC, COURT OF APPEALS, THIRD

DISTRICT OF TEXAS:

FILED
October 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

PARTIES AND ADDRESSES:

1. JEFFREY D. KYLE, CLERK

P.O. BOX 12547

AUSTIN, TEXAS 78711-2547

2. DAVID RAETZSCH, PRO SE, LAYMAN AT LAW

SRING TERRACE APARTMENTS

7101 N. I.H. 35, Apt. 133

AUSTIN, TEXAS 78752

(BRIEF 1. of 9. )

3. BARBARA LOVINGS HORTON,

LOVING CARE HOMES MINISTRY, INC.,

CELEBRATION HOUSE OF RESTORATION MINISTRY

P.O. BOX 143537

AUSTIN, TEXAS 78714-3537


4. CELEBRATION HOUSE OF RESTORATION MINISTRY

BARBARA LOVINGS HORTON, OWNER

3104 NORTHEST DRIVE

P.O. BOX 143537

AUSTIN, TEXAS 78723-3537


5. CRIMINAL JUSTICE PLANNING, INSIDE OUT PROGRAM

KIM PIERCE, SUPERVISOR, TRAVIS COUNTY, TEXAS

MARY GUTHRIE, SOCIAL WORKER, TRAVIS COUNTY, TEXAS

700 LAVACA, SUITE 1530

P.O. BOX 1748

AUSTIN, TEXAS 78767-1748


INTRODUCTION AND REASON FOR BEING LATE

TO THE JUDGES, AND EN BANC COURT OF APPEALS

FOR THE THIRD DISTRICT OF TEXAS :

( BRIEF 2. of 9. )

COMES NOW, David Raetzsch, pro se a layman at law, and gives his complete apology, expression of regret, without any meaning to be rude to this Honorable Court for being late. As the Court may note Appellant pro se means to make this Brief, short, concise, letting the Honorable Court apply the proper law, in definitions of points raised.

Appellant, M.H.M.R., Bi Polar, Disabled, in poor health, a layman at law, G.E.D., pro se will try to stay on point, and make sense, common sense of errors made.

Appellant has copies of ~~four (4)~~ five (5) letters

from the Honorable Jeffry D. Kyle, Clerk

Court of Appeals.

1. May 27, 2015, the Honorable Clerk informed

Appellant "Notice of Appeal" has been filed

and wanted $195.00 filing fee. Appellant filed

to proceed as a pauper and that was granted.

2. June 9, 2015 the Honorable Clerk accepted affidavit

of indigence and notified the County Court Reporter

of right to contest the affidavit.

The Honorable Ms. Mata, County Court Reporter

filed contest in her court, County Court No. 1,

which was changed the day of the hearing to

(BRIEF 4, of 9.)

Travis County District Court, which granted Appellants right to proceed in forma pauperis, and ordered the Honorable Court Reporter to prepare the transcription of the Hearing, Cause No. C-1-CV-14-007906, on Trial De Novo, Judgement No. J5-CV-14-233595. Appellant is entitled to review the transcription free of charge.

3. August 26, 2015 the Honorable Clerk, notified Appellant, the two(2) volume reporters record with exhibits was filed August 25, 2015. Appellant went to Travis County Courthouse, Clerk to review this record but was not successfull. Appellant wrote the Honorable Jeffry D. Kyle, Clerk, Court of Appeals

(BRIEF 5. of 9.)

to find out where to go to review the record on appeal in the case at bar.

4. September 11, 2015, the Honorable Clerk, responded and stated the "Motion For Leave To Review One Record On Appeal" was not filed. To obtain a copy, e-mail request to record.request@tx courts.gov or call 512-463-1733 and select option 1. E-mail request to Amy, Record Request to TX courts.gov. Appellant has no computer and is computer illiterate.

Appellant does not need a disc, or copy of Appellants record on appeal, only his right to review the "record on appeal and exhibits" free of charge. For a proper Brief for the

(BRIEF 6. of 9.)

Honorable Court of Appeals, Third District of the State of Texas.

5. October 9, 2015, the Honorable Jeffry D. Kyle, Clerk notified appellant the brief was due, thirteen (13) days after Appellant tried to file "Motion For Leave To Review The Record On Appeal and Exhibits" or on September 24, 2015.

The Honorable Clerk stated Appellant must give a satisfactory response by October 19, 2015, or pay $10.00 for an extention of time to file brief, or let the Honorable Court Appeals dismiss this appeal for want of prosecution.

Appellant knows there are rules, orders, and procedures one must follow in Court mainly for

the efficiency of the Court. But at times, Appellant because of his pro se status feels the Honorable Officers of the Court, close the Court to legitimate remedy by due course of law.

## SATISFACTORY RESPONSE TO NOTICE

Agin Appellant apologises for the problems Appellant has had and still has to simply review the "Record On Appeal and Exhibits". Without review, Appellant may not direct the Honorable Court to the Volume, Page, Paragraph, or Line of evidence of error. Of course Appellant may state by memory of alleged errors, but may not expect the Court to look for it.

(BRIEF 8. of 9. )

CONSTITUTION OF THE STATE OF TEXAS,

Article 1 Bill of Rights, Section 13 ... All

Courts [S]hall be open, and every person for

an injury done him in his lands, goods, person,

or reputation [S]hall have remedy by due course

of law.

## SUMMARY

In good faith, and for good cause, "review"

of the two(2) volume, record on appeal and exhibits

does not prejudice anyone, and provides efficiency

for the Courts, in order to find the ends of

justice.                          Respectfully Submitted,

David Raetzsch, Appellant, prose

7101 N. IH 35, Apt. 133

Austin, Texas 78752

(BRIEF 9. of 9.)

## CERTIFICATE OF SERVICE

I, David Raetzsch, mailed one copy to Barbara Lovings Horton, P.O. Box 143537, Austin, Tx. 78714-3537, by 1st class mail, postage pre paid, on this 16th day of October, 2015.

David Raetzsch

cc: (1) file D/R
    (1) original ⟶ Court of Appeals
    (4) copies
    (1) Barbara Lovings Horton
    7 or 6 copies



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

October 9, 2015

Mr. David Raetzsch
7101 N IH 35 Apt. # 133
Austin, TX 78752

RE:     Court of Appeals Number:     03-15-00319-CV
        Trial Court Case Number:     C-1-CV-14-007906

Style:  David Raetzsch
        v. Barbara Lovings Horton

Dear Mr. Raetzsch:

Appellant's brief was due in this Court on **September 24, 2015** and is overdue. *See* Tex. R. App. P. 38.6(a). If appellant fails to file a brief, the Court may dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure. If this Court does not receive a **satisfactory response** to this notice on or before **Monday, October 19, 2015**, the Court **may** dismiss the appeal for want of prosecution. Motions for extension must be accompanied by the $10.00 filing fee and a certificate of conference. *See* Tex. R. App. P. 5 and 10.1(a)(5).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*
    Amy Strother, Deputy Clerk

cc:     Ms. Barbara Lovings Horton

Exh. 4.

9-11-15



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

September 11, 2015

Mr. David Raetzsch
7101 N IH 35 Apt. # 133
Austin, TX 78752

RE:    Court of Appeals Number:    03-15-00319-CV
       Trial Court Case Number:    C-1-CV-14-007906

Style:    David Raetzsch
          v. Barbara Lovings Horton

Dear Mr. Raetzsch:

On August 19, 2015, appellant's Motion for Leave to Review One Record on Appeal was received in this Court **but was not filed.** To obtain a copy of the record, please email your request to recordrequest@txcourts.gov or call 512-463-1733 and select option 1 from the menu.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: _E. Talerico_
Liz Talerico, Deputy Clerk

cc:    Ms. Barbara Lovings Horton

3     *Exh. 3.*     8-26-15



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 26, 2015

Ms. Barbara Lovings Horton
P. O. Box 143537
Austin, TX 78714

Mr. David Raetzsch
7101 N IH 35 Apt. # 133
Austin, TX 78752

RE:    Court of Appeals Number:    03-15-00319-CV
          Trial Court Case Number:    C-1-CV-14-007906

Style:   David Raetzsch
       v. Barbara Lovings Horton

Dear Counsel:

    The two-volume reporter's record and exhibits (one volume), prepared by Ms. Cathy Mata, were filed in this Court on **August 25, 2015**.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Chris Knowles*

Chris Knowles, Deputy Clerk

cc:    Ms. Cathy Mata



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

June 9, 2015

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Clerk's Office
P. O. Box 149325
Austin, TX 78714
\* DELIVERED VIA E-MAIL \*

Ms. Cathy Mata
Court Reporter
County Court at Law #1, Travis County
1000 Guadalupe St., Room 206
Austin, TX 78701
\* DELIVERED VIA E-MAIL \*

RE:    Court of Appeals Number:    03-15-00319-CV
       Trial Court Case Number:    C-1-CV-14-007906

Style:    David Raetzsch
        v. Barbara Lovings Horton

Dear Honorable DeBeauvoir and Ms. Mata:

     The Clerk of this Court filed appellant's affidavit of indigence on June 3, 2015. Attached herewith is a copy of appellant's affidavit of indigence. *See* Tex. R. App. P. 20.1(d)(2).

     By copy of this letter and pursuant to Texas Rule of Appellate Procedure 20.1(d)(2)(B), the county court clerk, the court reporter, if any, and the parties are hereby notified that the deadline for filing a contest to appellant's affidavit of indigence with the Clerk of this Court is **June 19, 2015**. If no contest is filed with the Clerk of this Court by the specified deadline, the allegations in appellant's affidavit will be deemed true and appellant will be allowed to proceed without advance payment of costs. *See* Tex. R. App. P. 20.1(f).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

Attachment    *( Filed with the Clerk of the Court of Appeals? )*

cc:    Ms. Barbara Lovings Horton
      Mr. David Raetzsch



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 27, 2015

Ms. Barbara Lovings Horton
P. O. Box 143537
Austin, TX 78714

Mr. David Raetzsch
7101 N IH 35 Apt. # 133
Austin, TX 78752

RE:   Court of Appeals Number:   03-15-00319-CV
      Trial Court Case Number:   C-1-CV-14-007906

Style:   David Raetzsch
       v. Barbara Lovings Horton

Dear Ms. Horton and Mr. Raetzsch:

    The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Appellant is requested to forward the **$195.00 filing fee** and a docketing statement to this Court on or before **June 05, 2015.** *See* Tex. R. App. P. 5, 32.1. If appellant has not already done so, he must make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. *See* Tex. R. App. P. 34.6(b)(1).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*

Courtland Crocker, Deputy Clerk

cc:   **Ms. Cathy Mata**               The Honorable Dana DeBeauvoir